UNITED STATES DISTRICT COURT

DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.  5:18-CR-151-1 |
| | ) | |
| TONY CUTHBERTSON, | ) | |
| Defendant. | ) | |

**MOTION FOR DETENTION**

NOW COMES the United States of America, by and through its attorney, Christina E. Nolan, United States Attorney for the District of Vermont, and moves for pretrial detention of the above-named defendant pursuant to 18 U.S.C. § 3142(e) and (f).

1. Eligibility for Detention.   This defendant is eligible for detention because the defendant presents a danger to the community and a serious flight risk.

2. Reason For Detention.   The Court should detain the defendant because there are no conditions of release which will reasonably assure the defendant's appearance as required.

3. Rebuttable Presumption.   The United States will invoke the rebuttable presumption against defendant under Section 3142(e).

4. Time For Detention Hearing.   The United States requests the Court to conduct the detention hearing on the third day following the defendant's initial appearance.

5. Other Matters.   Cuthbertson presents a significant danger to the community if released.   His criminal history involves convictions for sexual assaults against two females – one a child, years apart.   It appears that he committed his second contact offense while still on probation for his first offense.   He served more than 18 months in prison for sexually assaulting a child.   In the instant case, his offense conduct involved attempts to share child pornography

with other offenders on three separate occasions. When the search warrant was executed at his residence after investigation, additional images of child pornography were found, ultimately, on four of his devices. His patterns of victimizing children has continued, perhaps without interruption, for the majority of his adult life. The danger posed by this defendant to children cannot be overstated.

Cuthbertson also presents a risk of flight. If convicted of the charged offenses, Cuthbertson will face a mandatory minimum term of imprisonment of fifteen (15) years. That prospect alone could inspire him to attempt to flee the jurisdiction.

For all of the foregoing reasons, the government believes that the Court should enter an order of pretrial detention.

Dated at Burlington, in the District of Vermont, December 26, 2018.

Respectfully submitted,

UNITED STATES OF AMERICA

CHRISTINA E. NOLAN
United States Attorney

By:   /s/ Barbara A. Masterson
      BARBARA A. MASTERSON
      Assistant U.S. Attorney
      P.O. Box 570
      Burlington, VT 05402-0570
      (802) 951-6725
      Barbara.Masterson@usdoj.gov