U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT

2019 JUL 23  PM 12: 39

DISTRICT OF VERMONT

CLERK

BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA          )
                                  )
v.                                )          Criminal No.5:18-CR-151-1
                                  )
TONY CUTHBERTSON,                 )
        Defendant.                )

## INFORMATION

The United States Attorney charges:

In or about September and October, 2017, within the District of Vermont, the defendant, TONY CUTHBERTSON, knowingly produced with intent to distribute, by any means, including a computer, in or affecting interstate or foreign commerce, child pornography as defined in 18 U.S.C. § 2256(8)(c) that is an adapted or modified depiction of an identifiable minor, as defined in 18 U.S.C. § 2256(9).

(18 U.S.C. § 2252A(a)(7))

Christina E. Nolan          (BAM)
CHRISTINA E. NOLAN
United States Attorney

Burlington, Vermont
July 23 , 2019